UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>        Plaintiff,<br><br>   v.<br><br>MS. ANTONE, Librarian,<br><br>        Defendant.<br>_____ / | No. C 12-5141 PJH (PR)<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at California State Prison - Los Angeles County, which lies within the venue of the United States District Court for the Central District of California, and defendant, a librarian at that facility, appears to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: January 2, 2013.

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\CR.12\Blacher5141.trn.wpd