UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MS. ANTONE,<br><br>　　　Defendant. | NO. CV 13-403-GW(AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Amended Report and Recommendation of the magistrate judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the magistrate judge.

　　　The magistrate judge recommended that Defendant's motion for summary judgment be granted because Plaintiff had failed to exhaust administrative remedies. (Report at 11.)

　　　On June 3, 2015, Plaintiff filed the following documents:

　　　(1) "General And Specific Denials re Amended Report And Recommendation";

  (2) "Affidavit In Support of Documents Attached Herewith";

  (3) "Presentment of Matters Which Must Be Judicially Noticed";

  (4) "Notice And Presentment For Change of Venue";

  (5) "Actual And Constructive Notice"; and

  (6) "Disclaimer For Denial of Corporate Existence And Positive Assertment of True Rank/Identity."

  On June 12, 2015, Defendant filed a response to Plaintiff's objections.

  On July 1, 2015, Plaintiff filed the following documents:

  (1) "Presentment of Petition For Order To Cause For An Injunction And A Temporary Restraining Order";

  (2) "Memorandum of Law"

  (3) "Affidavit In Support of Documents Attached Herewith";

  (4) "Notice of Nihil Dicit Default And Opportunity To Cure"; and

  (5) "Disclaimer For Denial of Corporate Existence And Positive Assertment of True Rank/Identity."

  On July 16, 2015, Defendant filed an opposition to Plaintiff's request for injunctive relief.

  On August 13, 2015, Plaintiff filed the following documents:

  (1) "Presentment For Notice Of The Defendant's Non-Response And Petition for Issuance Of Order";

  (2) "Affidavit In Support Of Documents Attached Herewith";

  (3) "Presentment Of Notice And Petition For Issuance Of Award As Stipulated By Title 42 of the U.S.C. Section 1986";

  (4) "Disclaimer For Denial Of Corporate Existence And Positive Assertment Of True Rank/Identity";

  (5) "Presentment Of Matter Which Must Be Judicially Noticed"; and

  (6) "Notice Of Inability To Provide Copies Of Documents To The Opposing Party."

1     On October 5, 2015, Plaintiff filed the following documents:

2     (1) "Notice And Petition [*sic*] For Summary Judgment";

3     (2) "Affidavit To Support Petition For Summary Judgment"; and

4     (3) "Notice And Presentment Of Corporate Denial."

5     Plaintiff's objections are without merit.

6     All pending motions are DENIED.

7     IT IS ORDERED that (1) Defendant's motion for summary judgment based on exhaustion is GRANTED; (2) Defendant's motion to dismiss is DENIED as moot; and (3) the action is DISMISSED without prejudice.

DATED: October 9, 2015

                    GEORGE H. WU
                    United States District Judge