UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>        Plaintiff,<br><br>  v.<br><br>MS. ANTONE,<br><br>        Defendant. | NO. CV 13-403-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendant's motion for summary judgment is granted and Judgment is entered in favor of Defendant.

DATED: October 9, 2015

                                    GEORGE H. WU
                               United States District Judge